691 A.2d 349

IN THE MATTER OF DAVID H. VAN DAM, AN ATTORNEY AT LAW.

April 14, 1997.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that DAVID H. VAN DAM of HASBROUCK HEIGHTS, who was admitted to the bar of this State in 1981, and who was suspended from the practice of law for a period of three years, effective March 14, 1993, by Order of this Court dated March 4, 1993, be restored to the practice of law, effective immediately.